**SNYDER BURNETT EGERER, LLP**
**Ashley Dorris Egerer (SB# 229361)**
**Megan J. McMahon (SB# 324041)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California  93111
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
aegerer@sbelaw.com
mmcmahon@sbelaw.com

Attorneys for Defendant MCLANE FOODSERVICE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD VASQUEZ, an individual;<br><br>    Plaintiff,<br><br>  vs.<br><br>MCLANE FOODSERVICE, INC., a Corporation and DOES 1 - 100, inclusive,<br><br>    Defendants.<br>_____/ | Case No.<br><br>[Los Angeles Superior Court Case No. 21STCV21204]<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that defendant MCLANE FOODSERVICE, INC. ("Defendant") hereby removes the state court action described below to the above-captioned Court on the following grounds:

1.     On or about June 4, 2021, plaintiff ARNOLD VASQUEZ ("plaintiff") filed Case No. 21STCV212041 against Defendant in the Superior Court of California, County of Los Angeles, entitled *Arnold Vasquez v. McLane Foodservice Inc*.

2.     On October 7, 2021, Plaintiff filed a First Amended Complaint. The First Amended Complaint alleges causes of action for Discrimination Based on

1 Disability, Failure to Prevent Discrimination, Failure to Accommodate and Engage
2 in a Timely, Good-Faith Interactive Process, and Retaliation in violation of
3 California's Fair Housing and Employment Act. It also alleges causes of action for
4 Intentional Infliction of Emotional Distress and Wrongful and Tortious Discharge.
5 A true and correct copy of the First Amended Complaint is attached hereto as
6 **Exhibit 1**.

7     3. On November 12, 2021, Defendant filed a Motion to Strike Portions
8 of Plaintiff's First Amended Complaint, which was scheduled to be heard on
9 January 5, 2022. As such, Defendant has not yet filed an Answer.

10     4. The Complaint and First Amended Complaint did not provide any
11 basis on which to ascertain whether the value of the amount in controversy exceeds
12 $75,000.

13     5. On December 17, 2021, Plaintiff served his responses to Form
14 Interrogatories (Set One). A true and correct copy of relevant portions of Plaintiff's
15 verified Responses to Form Interrogatories (Set One) are attached hereto as
16 **Exhibit 2**.

17     6. As indicated in his verified response to Form Interrogatory No. 2.5,
18 Plaintiff is, and at all relevant times was, a citizen of California, domiciled and
19 residing in California.

20     7. Plaintiff, in his verified response to Form Interrogatory No. 8.7,
21 claims he suffered loss of earnings in excess of $83,520. His responses also
22 indicate he seeks $15,000 for financial hardship due to lack of income resulting in
23 late payment on bills, an unknown amount of future income, and an unstated
24 amount for pain, suffering, and emotional distress.

25     8. Defendant is, and at all relevant times was, a corporation duly
26 organized and existing under the laws of Texas, with its principal place of business
27 in Temple, Texas. Defendant is not, and was not at any relevant time, a citizen or
28 resident of California.

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Ste. 240
Santa Barbara, CA 93111

2

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)**

9. Thus, as set forth above, this is a civil action between parties domiciled in different states and the amount in controversy exceeds the $75,000 minimum of this Court. This Court therefore has original jurisdiction under 28 U.S.C. § 1332, and this matter may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b).

10. The time within which defendant is required to file a Notice of Removal has not yet expired, as set forth in 28 U.S.C. §1446(b)(3).

11. Removal to this Court is proper, as the Superior Court of the State of California, County of Los Angeles, where this action was commenced, is located within the Central District of California.

12. Defendant will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d), and will also file a copy of this Notice with the Clerk of the Los Angeles County Superior Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that the above-captioned matter be removed to this Court.

Dated: December 27, 2021            SNYDER BURNETT EGERER, LLP

                                                      */s/ Ashley Dorris Egerer*

                                                     _____

By: Ashley Dorris Egerer / Megan J. McMahon
Attorneys for Defendant MCLANE FOODSERVICE, INC.

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

    I am employed by the firm of Snyder Burnett Egerer, LLP, in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 5383 Hollister Avenue, Suite 240, Santa Barbara, California 93111.

    On December 27, 2021 I served the foregoing document(s) described as **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)** all parties of record in this action by placing a true and correct copy thereof in a sealed envelope or package addressed as follows:

| | |
|---|---|
| **Michael E. Schwimer** | *Attorneys for Plaintiff* |
| **Mitch Rosensweig** | *ARNOLD VASQUEZ* |
| **Julia M. Toscano** | |
| **Schwimer Weinstein LLP** | |
| 2665 Main Street, Suite 200 | |
| Santa Monica, CA 90405 | |
| Telephone: (310)957-2700 | |
| Facsimile: (310)957-2701 | |
| Email: michael@swlawllp.com | |
|        mitch@swlawllp.com | |

_____ I caused such envelope or package to be picked up by a common carrier promising overnight delivery, with charges prepaid, for delivery the next day to the persons identified above.

__X__ I caused the foregoing document to be sent to the persons at the electronic notification address(es) designated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    Executed on December 27, 2021 at Santa Barbara, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                              */s/ Angela M. Benson*
                              _____
                              Angela M. Benson