UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 21-9952-MWF(KSx)** | Dated: | **February 28, 2022** |
| Title: | Arnold Vasquez -v- McLane Foodservice, Inc., et al. | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Julia M. Toscano | Megan J. McMahon |

**PROCEEDINGS:**   **TELEPHONIC PLAINTIFF'S MOTION TO REMAND ; REQUEST FOR ATTORNEY FEE'S AS MONETARY SANCTIONS IN THE AMOUNT OF 6,300.00 [9]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

:14 min